submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7547. CROSS v. PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir.;
No. 98–7548. CROSS v. CAMBRA, WARDEN. C. A. 9th Cir.;
No. 98–7550. CROSS v. PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir.; and
No. 98–7551. CROSS v. PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1003] denied.

No. 98–8056. FREDYMA v. LAKE SUNAPEE BANK ET AL. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 10, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8093. PRUNTY v. HOLSCHUH, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until May 10, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8527. IN RE L'HEUREUX; and
No. 98–8675. IN RE RILEY. Petitions for writs of habeas corpus denied.

No. 98–1442. IN RE MURPHY. Petition for writ of mandamus denied.

No. 98–1109. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. ILLINOIS COUNCIL ON LONG TERM CARE, INC. C. A. 7th Cir. Certiorari granted.

No. 98–1101. DRYE ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari granted limited to the following question: "Whether the interest of an heir in an estate constitutes 'property' or a 'right to property' to which the federal tax lien attaches under